IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PHILIP C. LANG, an individual,

       Plaintiff,

    v.

OREGON SHAKESPEARE FESTIVAL
ASSOCIATION, a domestic non-
profit company, and CITY OF
ASHLAND, a subdivision of the
State of Oregon,

       Defendants.

1:12-CV-1844-CL

**ORDER**

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation and the matter is now before me. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Plaintiff filed objections

1 - ORDER

and I have reviewed the file of this case *de novo*. See 28 U.S.C. § 636(b)(1)(c); McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc., 656 F.2d 1309, 1313 (9th Cir. 1981).

Plaintiff argues he should be granted leave to file the Proposed First Amended Complaint alleging the City of Ashland violated Title II of the Americans with Disabilities Act of 1990, 42 U.S.C. 1281 et seq. Plaintiff attached the Proposed First Amended Complaint to his objections to the Report.

Except for that portion of the Report that denies plaintiff leave to file a an Amended Complaint as to the claims against the City of Ashland, I adopt the Report and Recommendation (#30). Plaintiff is granted leave to file the Proposed First Amended Complaint.

IT IS SO ORDERED.

DATED this 15 day of May, 2013.

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER