IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

PHILIP C. LANG, an individual,

    Plaintiff,

    v.

OREGON SHAKESPEARE FESTIVAL ASSOCIATION, a domestic non-profit company; CITY OF ASHLAND, a subdivision of the State of Oregon,

    Defendants.

No. 1:12-cv-01844-CL

**ORDER**

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation (#45) and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Defendant Oregon

1 - ORDER

Shakespeare Festival Association (OSF) filed objections (#47), Plaintiff filed a response to OSF's objections (#48), and I have reviewed the file of this case *de novo*. 28 U.S.C. § 636(b)(1)(C); McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc., 656 F.2d 1309, 1313 (9th Cir. 1981).

I have given this matter *de novo* review. I find no error. Accordingly, I ADOPT the Report and Recommendation (#45). Defendants' Motions to Dismiss (#36, #38) are DENIED.

IT IS SO ORDERED.

DATED this __31__ day of October, 2013.

*/s/ Owen M. Panner*

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER