# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

### MEDFORD DIVISION

PHILIP C. LANG, an individual,

No. 1:12-cv-01844-CL
ORDER

Plaintiff,

vs.

OREGON SHAKESPEARE FESTIVAL
ASSOCIATION, a domestic non profit
company, and CITY OF ASHLAND, a
subdivision of the State of Oregon,

Defendants.

AIKEN, Judge:

Magistrate Judge Clarke filed a Report and Recommendation on July 21, 2016. The matter

is now before me pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b)(3). Objections

have been filed, so this Court makes a "*de novo* determination of those portions of the report . . . to

which objection is made." 28 U.S.C. § 636(b)(1)(C); *accord* Fed. R. Civ. P. 72(b)(3); *Holder v.*

*Holder*, 392 F.3d 1009, 1022 (9th Cir. 2004).

I have reviewed this matter *de novo* and find no error. Accordingly, I ADOPT the Report and Recommendation of Magistrate Judge Clarke (doc. 159). Defendant Oregon Shakespeare Festival's Motion for Prevailing Defendant Attorney Fees (doc. 144) is DENIED. The request for oral argument is DENIED.

IT IS SO ORDERED.

Dated this 5th day of September 2016.

Ann Aiken
United States District Judge

2 - ORDER